

# THE ATTORNEY GENERAL
## OF TEXAS

GERALD C. MANN

~~XXXXXXXXXXXXXX~~

ATTORNEY GENERAL

AUSTIN 11, TEXAS

March 21, 1939

Honorable L. R. Thompson
County Auditor
Taylor County
Abilene, Texas

Dear Sir:

Opinion No. O-498
Re: Whether voters living at Lake
     Kirby in the city of Abilene
     may vote in a city election

Your request for an opinion wherein you state that Lake Kirby is located approximately three miles from the city limits of Abilene, but has been annexed to the city and is connected thereto by a narrow strip of land and wherein you ask if a party living at Lake Kirby is entitled to vote at city elections, has been received by this office.

You are advised that a person who is otherwise qualified and lives within the corporate limits of the city of Abilene is entitled to vote at a city election.

Of course, we do not have before us and are not passing upon the validity of the ordinance of annexation.

Yours very truly

ATTORNEY GENERAL OF TEXAS

s/ Richard H. Cocke

By
    Richard H. Cocke
        Assistant

RHC:bbb/ldw

APPROVED:
s/ W. F. Moore
ATTORNEY GENERAL OF TEXAS